THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES R. SCHMIDT, Appellant. [890 NYS2d 888]—

Present—Scudder, P.J., Hurlbutt, Smith and Centra, JJ.